# United States Bankruptcy Court
## Southern District of Ohio

In re  **Tommy L Crago**
**Jessica N Crowe**
Debtor(s)

Case No.  **2:11-bk-56330**
Chapter  **13**

## Notice of Change of Address

Debtor's Social Security Number:     **xxx-xx-5417**

**My (Our) Former Mailing Address and Telephone Number was:**

Name:          **Tommy L Crago**

Street:         **691 Butler Ave**

City, State and Zip:   **Columbus, OH 43223**

**Please be advised that effective January 9, 2016,
my (our) new mailing address and telephone number is:**

Name:          **Tommy L Crago**

Street:         **2430 Shore Blvd West Apt J**

City, State and Zip:   **Columbus, OH 43232**

  **/s/ Tommy L Crago**
  **Tommy L Crago**
  Debtor